# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sargis, Ronald H. | U.S. Bankruptcy Court, Eastern District of California | 12/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article I Bankruptcy Judge, Full-Time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court, Eastern District of California
501 I Street, Suite 3-200
Sacramento, CA 95864

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trurstee - Trust #1 | Trust #1 Fmaily Member 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sargis, Ronald H.** | 12/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01-05/2016 | University of Pacific, McGeorge School of Law -- Co-Teaching Bankruptcy Course | $2,400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | State of California, California Department of Public Health --- Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | 05/19/16 to 05/20/26 | San Francisco | Educational Panel as Part of Association's Conference | Mileage (approx 180 miles round trip), one night's stay and parking, and meals. |
| 2. | National Conference of Bankruptcy Judges | 10/25/16- 10/28 | San Francisco | Educational Programs and Meetings of the National Association | Mileage (approx 180 miles round trip), partial reimbursement on room, partial meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Sacramento, California | D | Rent | N | W | | | | | |
| 2. Bank of America Demand Accounts | A | Dividend | K | T | | | | | |
| 3. Golden 1 Credit Union Demand Account | A | Interest | J | T | | | | | |
| 4. Bank of the West Demand Account | A | Interest | J | T | | | | | |
| 5. State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 6. Mineral Rights, Livingston, CA | | None | J | W | | | | | |
| 7. XXXXXXXXXXXXXXXXXXX | | | | | | | | | |
| 8. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 9. Merril Lynch Direct Deposit (Cash) Account) | A | Int./Div. | J | T | | | | | |
| 10. Adient PLC SHS -- ADNT | A | Int./Div. | J | T | Spinoff (from line 12) | 11/03/16 | J | | |
| 11. Cesca Therapeutics, Inc (fka Theomogensis) - KOOL | | None | J | T | | | | | |
| 12. Johnson Controls Inter -- JCI (Exhanged for TYCO Shares) | | None | J | T | Buy | 09/02/16 | J | | VIII 2nd Amended Note 1 |
| 13. Mallinckrodt PLC -- MNK (X) | | None | J | T | | | | | VIII 2nd Amended Note 1 |
| 14. Medtronic PLC -- MDT (fka Covidien PLC) | A | Int./Div. | J | T | | | | | |
| 15. Nokia Corp -- NOK | A | Int./Div. | J | T | | | | | |
| 16. Oracle Corp -- ORCL | B | Int./Div. | M | T | | | | | |
| 17. Pentair PLC -- PNR | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sirus SM -- SIRI | A | Int./Div. | J | T | | | | | |
| 19. TE Connectivity -- TEL | A | Int./Div. | J | T | | | | | |
| 20. - - - - - - - - - - - - - - - | | | | | | | | | |
| 21. All Shares Disposed of in Acct 1 in 2016 | | | | | | | | | |
| 22. ADT Corp Cash Merger | A | Distribution | | | Sold | 05/02/16 | J | A | |
| 23. Tyco International | A | Int./Div. | | | Sold | 09/02/16 | J | A | VIII 2nd Amended Note 1 |
| 24. XXXXXXXXXXXX | | | | | | | | | |
| 25. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 26. Insured Bank Deposit U.S. Bank | A | Int./Div. | J | T | Open | 02/26/16 | J | | VIII 2nd Amended Note 3 |
| 27. Dreyfus Technology Growth -- DTGRX | B | Distribution | K | T | | | | | |
| 28. Gateway CL C Reinvestments -- GTECX | A | Int./Div. | J | T | Buy | 04/08/16 | J | | |
| 29. | A | Distribution | | | | | | | |
| 30. Hartford Cap Apprc FD -- HCACX | | None | | | | 02/26/16 | J | | VIII 2nd Amended Note 3 |
| 31. | | | | | Sold | 04/08/16 | J | A | |
| 32. XXXXXXXXXXXX | | | | | | | | | |
| 33. BROKERAGE ACCOUNT 2 (Closed in 2015) | | | | | | | | | |
| 34. Cash Account, Goldman Sachs Bank USA (X) | | None | | | Closed | 01/01/16 | J | | VIII 2nd Amended Note 4 |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Discover Bank | | None | | | Closed | 01/01/16 | J | | " |
| 36. XXXXXXXXXXXXX | | | | | | | | | |
| 37. BROKERAGE ACCOUNT #2-1 (Account Closed 2016) | | | | | Closed | 02/26/16 | | | VIII 2nd Amended Note 2[2] |
| 38. Hartfor Cap Apprec FD - HCACX | | | | | | | | | Transferred to Acct #3 |
| 39. Federated Cap Reserves (money market) | | None | | | Closed | | | | Cash Transfer to Acct #3 |
| 40. XXXXXXXXXXXXX | | | | | | | | | |
| 41. BROKERAGE ACCOUNT #8 IRA ROLLOVER | | | | | | | | | |
| 42. General MMKT Class A Cash Fund | A | Int./Div. | J | T | | | | | |
| 43. First Trust Utilities Alphadex -- FXU | A | Dividend | J | T | Buy | 04/13/16 | J | | |
| 44. Flexshares Trust Qlty Div Index Fund -- QSF | A | Dividend | J | T | Buy | 01/25/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 46. Global X MSZCI Norway ETF -- NORW | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 47. Goldman Sachs Activebeta US Large Cap Equity ETF -- GSLC | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 48. Ishares MSCI Switzerlnd Capped ETF -- EWL | A | Dividend | J | T | | | | | |
| 49. Ishares MSCI Australia ETF -- EWA | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 50. Ishares Core MSCI Emerging Markets ETF -- IEMG | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 51. | | | | | Buy (add'l) | 04/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 53. | | | | | Buy (add'l) | 07/06/16 | J | | |
| 54. | | | | | Buy (add'l) | 07/18/16 | J | | |
| 55. | | | | | Buy (add'l) | 07/29/16 | J | | |
| 56. | | | | | Sold (part) | 11/02/16 | J | A | |
| 57. | | | | | Sold (part) | 11/10/16 | J | A | |
| 58. Ishares Core S&P 500 ETF -- IVV | A | Dividend | K | T | | | | | |
| 59. | | | | | Sold (part) | 01/18/16 | J | A | |
| 60. | | | | | Buy (add'l) | 11/10/16 | J | | |
| 61. Ishares MSCI EAFE ETF -- EFA | A | Dividend | J | T | | | | | |
| 62. Ishares MSCI EAFE Value ETF -- EFV | A | Dividend | K | T | Buy | 11/10/16 | J | | |
| 63. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 64. Ishares MSCI EAFE Growth ETF -- EFG | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 65. | | | | | Sold (part) | 02/05/16 | J | A | |
| 66. | | | | | Sold (part) | 05/04/16 | J | A | |
| 67. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 68. | | | | | Sold (part) | 12/14/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Ishares U S Health Care Providers ETF -- IHF | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 70. Ishares U S Financial Services ETF -- IYG | A | Dividend | J | T | Buy | 11/15/16 | J | | |
| 71. Ishares NASDAQ Biotechnology ETF -- IBB | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 72. Ishares Core S&P Small Cap ETF -- IJR | A | Dividend | J | T | Buy | 07/15/16 | J | | |
| 73. | | | | | Sold (part) | 11/02/16 | J | A | |
| 74. Ishares U S Consumer Goods ETF -- IYK | A | Dividend | J | T | Sold (part) | 02/18/16 | J | A | |
| 75. | | | | | Sold (part) | 08/15/16 | J | A | |
| 76. | | | | | Sold (part) | 11/15/16 | J | A | |
| 77. Ishares Intl Select Dividend ETF -- IDV | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 78. Ishares Currency Hedged MSCI Japan ETF -- HEWJ | | None | J | T | Buy | 01/25/16 | J | | |
| 79. | | | | | Buy (add'l) | 02/05/16 | J | | |
| 80. | | | | | Sold (part) | 02/24/16 | J | A | |
| 81. | | | | | Sold (part) | 06/28/16 | J | A | |
| 82. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 83. Powershares Aerospace & Defense ETF -- PPA | A | Dividend | J | T | | | | | |
| 84. Powershares QQQ ETF -- QQQ | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 85. Powershares KBW Regional Banking ETF -- KBWR | A | Dividend | J | T | Buy | 03/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Powershares S&P 500 Ex Rate Sensitive Low Vlty ETF -- XRLV | A | Dividend | J | T | | | | | |
| 87. Sector Financial Select Sector SPDR ETF -- XLF | A | Dividend | J | T | | | | | |
| 88. Consumer Discretionary Select Sector SPDR ETF - XLY | A | Dividend | J | T | Buy | 12/06/16 | J | | |
| 89. Select Sector TR Real Estate SPDR ETF - XLRE | A | Dividend | J | T | Spinoff (from line 87) | 09/23/16 | J | | |
| 90. SPDR Series Trust SPDR Morgan Stanley Technology ETF -- MTK | A | Dividend | J | T | | | | | |
| 91. SPDR S&P Capital Markets ETF -- KCE | A | Dividend | J | T | Buy | 03/03/16 | J | | |
| 92. SPDR S&P Transporatation ETF -- XTN | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 93. Vanguard Large Cap ETF -- VV | A | Dividend | K | T | | | | | |
| 94. Wisdomtree Trust Europe Hedged Equity Fund ETF -- HEDJ | A | Dividend | K | T | Buy (add'l) | 01/25/16 | J | | |
| 95. | | | | | Sold (part) | 03/22/16 | J | A | |
| 96. | | | | | Sold (part) | 06/28/16 | J | A | |
| 97. | | | | | Sold (part) | 07/06/16 | J | A | |
| 98. Wisdomtree Trust Intl Hedged Quality Dividend Growth Fund ETF -- IHDG | A | Dividend | J | T | Buy | 08/29/16 | J | | |
| 99. Wisdomtree Japan Small Cap Dividend ETF -- DFJ | A | Dividend | J | T | Buy (add'l) | 01/25/16 | J | | |
| 100. | | | | | Sold (part) | 05/04/16 | J | A | |
| 101. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 102. Wisdomtree Large Cap Value ETF - EZY | A | Dividend | J | T | Sold (part) | 01/11/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 04/21/16 | J | | |
| 104. UBS AG Jersey Branch E Tracs LKD Alerian MLP Infrast. Index -- MLPI | A | Interest | J | T | Buy | 02/18/16 | J | | |
| 105. ALPS Riverfront Strategic Income Fund -- RIGS | A | Dividend | J | T | | | | | |
| 106. | | | | | Buy (add'l) | 02/26/16 | J | | |
| 107. | | | | | Sold (part) | 03/15/16 | J | A | |
| 108. | | | | | Sold (part) | 04/15/16 | J | A | |
| 109. | | | | | Sold (part) | 04/20/16 | J | A | |
| 110. Pimco 0-5 YR High Yield Corporate Bond Index ETF -- HYS | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 111. | | | | | Buy (add'l) | 04/15/16 | J | | |
| 112. SPDR Bloomberg Barclays Short Term High Yield Bond ETF -- SJNK | A | Dividend | J | T | Buy | 03/15/16 | J | | |
| 113. ------------------------------------- | | | | | | | | | |
| 114. All Interests Disposed of From Invt Acct 8 in 2016 | | | | | | | | | |
| 115. Deutsche X-Tracker MSCI EAD Hedged Equity ETF | | None | | | Sold (part) | 01/08/16 | J | A | |
| 116. | | | | | Sold | 02/24/16 | J | A | |
| 117. First Trust NYSE ARCA Biotechnology Index EFT FBT | A | Dividend | | | Sold | 02/18/16 | J | A | |
| 118. Global X FTSE Nordic Regional ETF GXF | A | Dividend | | | Sold | 12/14/16 | J | A | |
| 119. ISHARES MSCI Japan ETF EWJ | | None | | | Sold (part) | 02/05/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 02/18/16 | J | A | |
| 121. | | | | | Sold (part) | 02/24/16 | J | A | |
| 122. | | | | | Sold | 03/22/16 | J | A | |
| 123. ISHARES U S Home Construction ETF ITB | A | Dividend | | | Sold | 08/15/16 | J | A | |
| 124. ISHARES Currency Hedged MSCI German EFT HEWG | | None | | | Sold | 01/11/16 | J | A | |
| 125. ISHARES MSCI United Kingdom Index ETF EWU | | None | | | Sold (part) | 04/13/16 | J | A | |
| 126. | | | | | Sold | 11/29/16 | J | A | |
| 127. Powershares KBW Bank ETF KBWB | | None | | | Sold | 02/18/16 | J | A | |
| 128. Powershares Europe Currency Hedged Low Volatility ETF FXEU | A | Dividend | | | Buy | 04/13/16 | J | | |
| 129. | | | | | Buy (add'l) | 05/04/16 | J | | |
| 130. | | | | | Sold (part) | 06/28/16 | J | A | |
| 131. | | | | | Sold | 11/29/16 | J | A | |
| 132. Vanguard FTSE Europe ETF VGK | | None | | | Sold | 02/05/16 | J | A | |
| 133. Vanguard FTSE Developed Mkets ETF VEA | | None | | | Sold | 02/05/16 | J | A | |
| 134. Wisdomtree Japan Hedged Equity ETF DXJ | | None | | | Sold | 03/22/16 | J | A | |
| 135. Wisdomtree Large Cap Dividend ETF DLN | | None | | | Sold | 01/11/16 | J | A | |
| 136. PIMCO Enhanced Short Maturity Active ETF MINT | A | Dividend | | | Sold | 02/26/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. VANECK VECTORS OIL SVCS ETF fka Market Vectors Oil Services ETF OIH | | None | | | Sold (part) | 01/11/16 | J | A | VIII Amended Note 5 |
| 138. | | | | | Sold (part) | 04/12/16 | J | A | " |
| 139. | | | | | Sold | 06/15/16 | J | A | " |
| 140. XXXXXXXXXXXXXXX | | | | | | | | | |
| 141. Brokerage Account 9 IRA Rollover | | | | | | | | | |
| 142. CASH/MMONEY MARKET -- RW Baird Genal MMKt Class A | A | Int./Div. | J | T | | | | | VIII Amended Note 6 |
| 143. Gateway CL A Reinvestments GATEX | A | Dividend | K | T | | | | | |
| 144. Oakmark Intl OAKIX (Hareris Oakmark on Prior Statements) | A | Dividend | L | T | Buy | 04/08/16 | K | | |
| 145. | | | | | Buy (add'l) | 11/29/16 | J | | |
| 146. Ishares Russell 1000 Growth EFT IWF | A | Dividend | L | T | Buy | 04/08/16 | L | | |
| 147. Ishares Russell Mid Cap IWR | A | Dividend | K | T | | | | | |
| 148. Advisory Research MLP & Energy Income INFIX | A | Dividend | K | T | Buy (add'l) | 04/08/16 | K | | |
| 149. Principal Mid Cap | B | Distribution | K | T | Buy (add'l) | 04/08/16 | K | | |
| 150. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 151. SPDR Series Trust S&P Dividend SDY | B | Dividend | L | T | Buy | 04/08/16 | L | | |
| 152. | A | Distribution | | | | | | | |
| 153. Sterling Capital Stratton Small Cap STSCX | B | Distribution | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | A | Dividend | | | Buy (add'l) | 12/30/16 | J | | |
| 155. LOCORR Market Trend LOTIX | A | Dividend | K | T | Buy | 04/08/16 | K | | |
| 156. | | | | | Buy (add'l) | 12/12/16 | J | | |
| 157. NATIXIS ASG Global Alternatives GAFYX | | None | K | T | Buy (add'l) | 04/08/16 | J | | |
| 158. | | | | | Sold (part) | 11/01/16 | J | | |
| 159. Principal Global Divversifed Income PGPDX | B | Dividend | K | T | Buy (add'l) | 02/02/16 | J | | |
| 160. Blackrock Strategic Income Opptys BSIXX | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 161. | | | | | Sold (part) | 01/26/16 | J | | |
| 162. Eaton Vance Global Macro Absolute Return EIGMX | B | Dividend | K | T | Buy (add'l) | 01/04/16 | J | | |
| 163. | | | | | Buy (add'l) | 01/29/16 | J | | |
| 164. Loomis Sayles Bond Instl LSBDX | A | Dividend | K | T | Buy (add'l) | 01/29/16 | J | | |
| 165. Templeton Global Bond Advisor TGBAX | B | Dividend | L | T | Buy (add'l) | 01/20/16 | J | | |
| 166. - - - - - - - - - - - - | | | | | | | | | |
| 167. All Interests Disposed of in 2016 From Account 9 | | | | | | | | | |
| 168. Capital World Gwth & Income FD CWGFX | A | Dividend | | | Buy (add'l) | 03/18/16 | J | | |
| 169. | | | | | Sold | 04/08/16 | K | D | |
| 170. Davis New York Venture DNVYX | | None | | | Sold | 04/08/16 | L | A | VIII Amended Note 7 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sargis, Ronald H. | 12/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Growth Fund of America GFAFX | | None | | | Sold | 04/08/16 | L | E | " |
| 172. IVY FDS Inc Assets Strategy FD WASYX | | None | | | Sold | 04/08/16 | K | A | " |
| 173. CALAMOS CONVERTIBLE FUND CICVX | | None | | | Sold | 04/08/16 | K | A | See VIII Amended Note 8 |
| 174. XXXXXXXXXXXXXXX | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. | | | | | | | | | |
| 179. | | | | | | | | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. Trust #1 | | | | | | | | | |
| 183. California Bank and Trust -- Deposit Accounts | A | Interest | J | T | | | | | |
| 184. Bank of America -- Deposit Accounts | A | Interest | J | T | | | | | |
| 185. US Goverment Bonds | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For this Second Amended Filing, the additions and changes are designated as "2nd Amended." The Amended Note numbers have been updated to allow for the added 2nd Amended Notes to be structured in an order consistent with the order they arised in Section VII. The line numbers for the prior Amended Notes have been update to account for line inserts which change subsequent line numbers.

Section VII Explanations

2nd Amended Note 1 (Account 1):

Lines 12 and 23: Tyco International Stock was exchanged for Johnson Controls International when Tyco was merged into Johnson Controls.

Line 13 -- Brokerage Account #1.      This amendment designates this addition to Brokerage Account #1 as being made for the asset Mallinckrodt PLC which was (and still is) under the threshold reporting amount -- the "(X)" designation in Column A for line 13. Though the amount for this and several other assets fall below the threshold reporting amount all are listed for consistency in reporting. .

2nd Amended Note 2:

The Brokerage Account numbers have been mantained from the origional report, with the closed accounts and the accounts previously reported as having been for ▓▓▓▓▓▓▓ being deleted.   The Deleted Accounts are:

[1] Lines  33-35 -- As stated on the the 2015 Report (Line 23), Brokerage Account 2 was closed September 2015.  All monies in the Cash Account Goldman Sachs Bank USA and Discover Bank (Cash) Account were transferred into the Merril Lynch Direct Deposit (Cash) Account in Brokerage Account #1.   They are accounted for in the 2015 statment of gross account value for the Merril Lynch Direct Deposit (Cash) Account in Borkerage Account #1.

[2]   Lines 37-39 -- Brokerage Account No. 2-1 was closed and the Hartford Cap Apprec and cash from the Federated Cap Reserves (money market fund) were transferred to Brokerage Account No. 3 (correction of account identification - Account Numbers Reversed in prior 2016 Original and First Amended Reports). Transfer shown by 2/26/2016 opening of the US Bank (Cash) Deposit Account - Line 26. For the transfer of the cash the "open" designation was used for the US Bank Account and The Transaction Type (D(1)) was left blank because there was not a "transfer" option.

[3] Brokerage Account No. 4 for ▓▓▓▓▓▓▓ , and

[4] Brokerage Account No. 5 for ▓▓▓▓▓▓▓ .

2nd Amended Note 3 (Account #3)

        Line 26 -- Amended to identify US Bank as Insured Deposition Bank.  The date of transfer of money into the deposit account ("Opened") is included.

Line 30 -- Amended to show the transfer of Hartford Cap Apprc from Acct #2-1 to Acct #3, and then the sale of the mutual fund shares occurred after transfer to Acct #3.

2nd Amended  Note 4 (Closed Account #2)

Lines 34-35 -- Former Brokerage Account #2, closed in 2015, with all assets transferred into Account #1.  {See 2nd Amended Note 2 [1] above).

Amended Note 5

Line 137, 138, 139 -- Brokerage Account #8.      Amendment to list the sale of all shares of Vaneck Vectors Oil SVCS ETF, fka Market Vectors Oil Services ETF.

Amended Note 6

Line 142-- Amendement to List the Cash/Money Market -- RW Baird General MMKT Class A account for Borkerage Account #9, IRA Rollover.  This was "input error" due to there being only a value of $0.07 in the account on the year end statement.

Amended Note 7

Lines 170, 171, and 172 -- Amendment to add information for gain/loss from sales.  Used "A" ($1,000 or less) for sales which resulted in loss.

Amended Note 8

Line 173 -- Amendment to add information for the sale of all shared of Calamos Convertable Fund

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Ronald H. Sargis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544